IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: Application for Exemption from the | § | |
| Electronic Public Access Fees for Dan | § | Misc. Case No. 16-mc-00020 |
| Cordova, Colorado Judicial Branch | § | |
| | § | |

    This matter is before the Court's Determining Officer, as authorized and delegated from the Clerk of the Court and the Chief Judge, upon the Jan. 19, 2016 application and request from Mr. Dan Cordova, Colorado Supreme Court Librarian.  Mr. Cordova requests an exemption from the fees imposed by the Electronic Public Access Fee Schedule[1] adopted by the Judicial Conference of the United States Courts.

    The Determining Officer finds that Mr. Cordova of the Colorado Supreme Court Library, and a designated official to access case information within PACER for legal research purposes for judicial officers, shows good cause as to why a PACER exemption should be granted and thereby falls within the class of users listed in the Fee Schedule as being eligible for a fee exemption.[2]  Mr. Cordova has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information, and he has appropriately demonstrated this fact to this Determining Officer.  Accordingly, Mr. Cordova shall be exempt from the payment of fees for access via PACER to electronic case files, to the extent such use is incurred for official purposes.

    Additionally, the following limitations apply:

1.    This fee exemption applies only to Mr. Dan Cordova, Colorado Judicial Branch, and is valid only for the purpose stated above;
2.    This fee exemption applies only to the electronic case files that are available through the PACER system;
3.    By accepting this exemption, Mr. Cordova agrees not to sell for profit any data obtained as a result of receiving this exemption; nor to transfer any data obtained as a result of the exemption, without express authorization by the court;
4.    This exemption will remain valid and continuing on the condition that an ongoing need for access to PACER continues, and the fee exemption holder shall notify the court and the PACER Account Service Center when such need is no longer continuing.

    This exemption may be revoked at the discretion of the Court through the Determining Officer at any time.  A copy of this Order will be sent to the PACER Service Center.

    Dated at Denver, Colorado this   2nd   day of February, 2016.

    By: s/Edward P. Butler
    Edward P. Butler, Determining Officer
    U.S. District Court, District of Colorado

---

[1] Administrative Office of the U.S. Courts, *Electronic Public Access Fee Schedule (Issued in accordance with 28 U.S.C. § 1913, 1914, 1926, 1930, 1932)*, PACER - Public Access to Court Records (Feb. 2, 2016, 1:15 PM), https://www.pacer.gov/.

[2] Administrative Office of the U.S. Courts*, Information for Chief Judges Considering Exemption Requests*, Fee Exemption Guidance, (Feb. 2, 2016, 1:15 PM), http://jnet.ao.dcn/court-services/electronic-public-access/fee-exemption-guidance.




United States District Court
District of Colorado
The Honorable Marcia S. Krieger, Chief Judge
Jeffrey P. Colwell, Clerk of Court
PACER Exemption Requests Point of Contact:
Edward Butler, 303-844-3433
edward_butler@cod.uscourts.gov

United States Bankruptcy Court
District of Colorado
The Honorable Michael E. Romero, Chief Judge
Kenneth S. Gardner, Clerk of Court
PACER Exemption Requests Point of Contact:
Kenneth Gardner, 720-904-7300
kenneth_gardner@cob.uscourts.gov

## United States District Court and United States Bankruptcy Court
## District of Colorado
## PACER EXEMPTION REQUEST FORM

The Electronic Public Access Fee Schedules of the Judicial Conference of the United States, issued in accordance with 28 U.S.C. § 1914 and 1930, authorize discretionary fee exemptions from the standard charges imposed by the Public Access to Court Electronic Records (PACER) service.

To qualify for a fee exemption, a petitioner must confirm that he, she or the organization for which the petitioner is applying on behalf of is a member of one of the following categories for whom exemptions may be granted:

- ❏ Court
- ❏ Bankruptcy Case Trustee
- ❏ Individual Researcher Associated with an Educational Institution
- ❏ Indigent
- ❏ Section 501(c)(3) Not-for-Profit Organization
- ❏ Court-Appointed Pro Bono Attorney
- ❏ Pro Bono ADR Neutral

Please briefly describe the basis for the exemption:

Additionally, the petitioner must agree to the following terms, by checking the appropriate boxes:

- ❏ That an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.
- ❏ That, if the petitioner is an individual researcher requesting an exemption, that the petitioner has shown that the defined research project is intended for scholarly research, that it is limited in scope, and that it is not intended for redistribution on the internet or for commercial purposes.
- ❏ That the user receiving the exemption must agree not to sell the data obtained as a result, and must not transfer any data obtained as the result of a fee exemption, unless expressly authorized by the court.

Finally, the petitioner should provide an estimate of the expected length of the exemption:
- ❏ The exemption will last until a date certain (please specify date: _____); and provide a reason for the length, for example, "pro bono attorney in case no. _____."
- ❏ The exemption will last for an indefinite period, as the need for the exemption is continuous.

If necessary, please provide additional information and explanation on an additional sheet.

_____        _____
Signature                             Date

Print Name:
Address:

Telephone:
E-mail Address:

| Name | Title | Organization | Address | Phone | Email |
|---|---|---|---|---|---|
| Chris Ryan | Clerk of the Supreme Court & Court of Appeals | Colorado Supreme Court | 2 East 14th Avenue, Denver, CO 80203 | 720-625-5151 | christopher.ryan@judicial.state.co.us |
| Dan Cordova | Supreme Court Librarian | Colorado Supreme Court | 2 East 14th Avenue, Denver, CO 80203 | 720-625-5101 | daniel.cordova@judicial.state.co.us |
| Chris Hudson | Supervising Law Librarian | Colorado Supreme Court | 2 East 14th Avenue, Denver, CO 80203 | 720-625-5104 | christopher.hudson@judicial.state.co.us |
| Kathryn Michaels | Law Librarian I | Colorado Supreme Court | 2 East 14th Avenue, Denver, CO 80203 | 720-625-5106 | kathryn.michaels@judicial.state.co.us |
| Brian Shoemaker | Law Librarian I | Colorado Supreme Court | 2 East 14th Avenue, Denver, CO 80203 | 720-625-5102 | brian.shoemaker@judicial.state.co.us |
| Wendy Ramsey | Law Librarian I | Colorado Supreme Court | 2 East 14th Avenue, Denver, CO 80203 | 720-625-5100 | wendy.ramsey@judicial.state.co.us |
| Sean Slagle | Self-Represented Litigant Coordinator | Colorado Supreme Court | 2 East 14th Avenue, Denver, CO 80203 | 720-625-5107 | sean.slagle@judicial.state.co.us |
| Craig Cohen | Law Librarian I | Colorado Supreme Court | 2 East 14th Avenue, Denver, CO 80203 | 720-625-5103 | craig.cohen@judicial.state.co.us |